AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ROBERT WAYNE ADAMS<br><br>Defendant | )<br>)<br>)  Case No.  09-65-FJL<br>)<br>) |

FILED by _CM_ D.C.

AUG 10 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. Beginning on or about 12/2/08 through on or about 7/15/09 ~~On or about the date of~~ in the county of __St. Lucie__ in the __Southern__ District of __Florida__, the defendant violated __18__ U. S. C. § __2422(b)__, an offense described as follows:

Use of a computer to persuade, induce, or entire, via the Internet, an individual under the age of 18 to engage in sexual actuivity.

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☒ Continued on the attached sheet.

_____
Complainant's signature

Det. Neil W. Spector, St.Lucie County Sheriff's Offic
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __August 10, 2009__

_____
Judge's signature

City and state: __Fort Pierce, FL__    FRANK J. LYNCH, Jr., U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT
# OF
# NEIL W. SPECTOR
# DETECTIVE
# ST. LUCIE COUNTY SHERIFF'S OFFICE

I, Detective Neil W. Spector, after being duly sworn, depose and state:

1. I am a Detective with the St. Lucie County Sheriff's Office. I am currently assigned to the Criminal Investigations Division. I have been employed with the St. Lucie County Sheriff's Office since 1987. I have been a Detective with the St. Lucie County Sheriff's Office since 1990. I have been assigned to investigate cases involving the sexual exploitation of children. These investigations have included the utilization of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of search, arrest and seizure warrants. I have also received training on the aforementioned investigations through various training throughout the United States, including courses given by the Department of Justice. In 1998, I was assigned as a Task Force member to the South Florida Internet Crimes Against Children Task Force. Since that time, I have participated in approximately two hundred investigations involving child exploitation on the Internet and child pornography distribution investigations on the Internet. I

1

am also an instructor with the St. Lucie County Sheriff's Office in child sexual abuse investigations and an instructor with the South Florida Internet Crimes Against Children Task Force.

2.   I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 United States Code.  That is, I am an officer of the United States, who is empowered by law to conduct investigations of and make arrests for, offenses enumerated in Title 18, United States Code, Section 2422, *et seq*.

3.   I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein.  I have personally participated in the investigation of the offenses referred to herein, and because of my personal participation in this investigation and reports made to me by members of the participating law enforcement agencies, I am familiar with the facts and circumstances of this investigation.  I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children.  I have received training in the area of child pornography and child exploitation through various training schools.  I have assisted in

2

several child pornography and child exploitation investigations, which have involved reviewing examples of child pornography in all forms of media, including computer media, and have discussed and reviewed these materials with other law enforcement officers.

4.  The facts pertaining to this case have been investigated by me or relayed to me by other members of law enforcement in Pinellas County, Florida.

5.  Although I am familiar with the full breadth of the facts and circumstances of this investigation, I have not included in this affidavit each and every fact known to me about the matters set forth herein, but only those facts and circumstances that I believe are sufficient to establish probable cause for this Court to authorize the arrest of ROBERT WAYNE ADAMS.

6.  This affidavit is made in support of a criminal complaint against ROBERT WAYNE ADAMS, for violations of Title 18, United States Code, Section 2422(b), that is, use of a facility, a computer, in interstate or foreign commerce, to persuade, induce, or entice an individual under the age of eighteen to engage in sexual activity.

7.  It should be noted that during the conversations that follow, I was communicating via the Internet from St. Lucie County, in the Southern District of Florida, using *Yahoo!*, whose servers are

located in the state of California. According to *Yahoo!*, all communications on their network travel from the origination point, through *Yahoo!* servers in California, and on to the destination.

8.  During this affidavit, you will see grammatical and spelling errors, as this is common when communicating using text messages on the Internet.

9.  For the purposes of this affidavit/report, the Suspect's screen name of "ROBERT ADAMS" will be referred to as the "Suspect," and I will be referred to as "undercover" or "U/C." All communications between the Suspect and I were digitally preserved.

10. On December 1, 2008 at 5:00PM, I was portraying a fifteen year old female in a *Yahoo!* chat room called "Florida1."

11. On December 1, 2008 at 5:09PM, the U/C received an instant message from the Suspect, who wrote, "hi." The U/C indicated to the Suspect that he was communicating with a fifteen year old female from Port St. Lucie. The Suspect indicated his name was Robert, he was forty-eight, and he lived in Tampa. The Suspect asked "u have hair?" The Suspect wanted the U/C to view his picture, which was in the display box on the *Yahoo!* instant messaging display. The Suspect asked "you have a lot of hair on ur bush," "u have hair in armpts," "love to lick and suck them," "are u a virgin," "u playin with ur pussy now," "wanna see my cock on cam and watch me cum" The Suspect asked the U/C to be online at 10:00PM and to add him to her buddy list.

4

This communication was digitally preserved as evidence in this investigation.

12. On December 4, 2008, at 9:50PM, the U/C, while on *Yahoo!*, received an instant message from the Suspect. The Suspect wrote, "hi". The U/C reminded the Suspect that he was communicating with a fifteen year old female from Port St. Lucie. The Suspect asked, "have u shaved lately," "wish u would let ur hair grow . . . not shave it." The Suspect indicated he was looking for a woman for sexual purposes. The Suspect asked, "u play with urself," "do it now," "feels good u make urself cum," "rub it finger it put fingers inside," "i'm hard now," "since ur not interested i'm gonna find someone who is." This communication was digitally preserved as evidence in this investigation.

13. On June 9, 2009, at 7:14PM, the U/C, while on *Yahoo!*, received an instant message from the Suspect. The Suspect wrote, "hi," "how ya doing," "have you shaved lately," "yes would love to see ur hairy armpit's lick and suck them." The instant messages ended at 7:18PM. This communication was digitally preserved as evidence in this investigation.

14. On June 23, 2009, the U/C, while on *Yahoo!*, received instant messages from the Suspect. The U/C wasn't able to respond back to the Suspect; however, the instant messages were digitally preserved as evidence in this investigation.

5

15.  On June 30, 2009 at 6:15PM, the Suspect initiated an instant message with the U/C, who reminded the Suspect he was communicating with a fifteen year old female from Port St. Lucie. The Suspect indicated his name was Adam, age forty-eight and lived in Tampa.  The Suspect asked the U/C if the U/C wanted to chat about sex.  The U/C ended that instant messaging at 6:33PM.

16.  On July 6, 2009, at 6:44PM, the Suspect initiated an instant message with the U/C, who reminded the Suspect he was communicating with a fifteen year old female from Port St. Lucie. During the course of the instant messaging, the Suspect made several sexual solicitations: "do u have hair and not on ur head," "love ur armpits with hair," "love to lick and suck them," "lick and suck ur armpits," "do u have any pics or cam," "would u let hair grow in armpits and send me pics of them."  The U/C sent the Suspect two photographs of a law enforcement officer when she was age fourteen and fifteen. The Suspect allowed the U/C to view him on his web camera via *Yahoo!* However, the Suspect would only let the U/C view his stomach area and not his face.  The Suspect tried to encourage the U/C to purchase a web camera so he could view the U/C.  The Suspect wrote "20 bucks." The Suspect requested that the U/C be back online at 10:00PM.  At that time, the Suspect indicated he would show the U/C more of himself via web camera.  The instant messaging ended at 7:37PM.

17. On July 10, 2009, at 12:59PM, the Suspect initiated an instant message via *Yahoo!* instant messaging. The U/C again reminded the Suspect he was communicating with a fifteen year old female. The Suspect wrote that he was looking for someone to play with. Again the Suspect inquired about the U/C having hair on her body. The Suspect encouraged the U/C to masturbate. He wrote "do u wanna play with urself." The Suspect asked the U/C, "do u have friend that has digital camera u can borrow to take pics of u having hair in armpits and other places." The instant messaging ended at 3:57PM and was digitally saved for evidence purposes.

18. On July 13, 2009, at 2:17PM, the Suspect initiated an instant message with the U/C. The Suspect wrote "man I'd love to rub sun tan oil on u," "on ur back heck all over ur body,""i'd love to see u naked," "i do wish we lived close to each other," "can i lick and suck ur armpits feet toes and anyplace u want me to." The instant messaging ended at 2:49PM and was digitally saved for evidence purposes.

19. On July 14, 2009 at 5:13PM, the Suspect initiated an instant message with the U/C. During the course of the instant messaging, the Suspect indicated his birthday is November 17, but did not mention the year. The Suspect again requested the U/C to get a web camera. The instant messaging ended at 7:03PM.

20. On July 15, 2009, at 4:34PM, the U/C initiated an instant message with the Suspect. During the first two minutes of the chat, the Suspect wrote: "wanna be with u," "rub on u," "and lick and suck ur armpits," "well i just wanna play with u." The U/C reminded the Suspect he was communicating with a fifteen year old female from Port St. Lucie. The Suspect wrote "u don't have to tell me ur age everytime i know." Later that evening, The Suspect and U/C communicated again. During this chat, the Suspect directed and encouraged the U/C to masturbate. The Suspect provided the U/C with detailed instructions on how to masturbate. The Suspect said, "so u wanna take off ur panties now," "yes and rub it," "can u lay down," "now just rub it from top to bottom slowly," "keep doing it spread ur legs open wide," "use right hand to rub and left hand to type that's wut I do," "good girl," "is it wet," "put fingers inside," "move them up and down," "feel ur bone in there," "rub it too." During this time, the Suspect, via his own web camera, displayed himself masturbating. The Suspect told the U/C that he was "showing u how to jack ur pussy do it to urself." The Suspect offered to teach the U/C "how to fuck." The instant messaging ended at 10:49PM and was saved for evidence purposes.

21. Utilizing law enforcement data bases, I was able to identify the Suspect as ROBERT WAYNE ADAMS, 3475 State Road 580, Safety Harbor, Florida. In addition, I was able to obtain ADAMS'

Florida driver's license photograph. I was able to confirm that the Suspect's photograph displayed during instant messages is of ROBERT WAYNE ADAMS. ROBERTS has a criminal history for domestic violence and various DUIs.

22. I spoke to Det. Kurt Romanosky of the Pinellas County Sheriff's Office. Det. Romanosky said that the Suspect and his wife were previously foster parents, and in the past have had foster children removed from their custody.

23. On July 15, 2009, at 9:07PM, U/C was back online, utilizing *Yahoo!* and the Suspect initiated an instant message with the Suspect. During the course of the instant messaging the Suspect had the U/C view him on his web camera via *Yahoo!* During this, the Suspect showed his penis and masturbated in front of the camera so the U/C could view him. In addition, the Suspect showed his face and encouraged the U/C to also masturbate. This video depicting the Suspect masturbating was digitally captured and preserved for evidence purposes.

24. The U/C was able to confirm through the Suspect's Florida driver's license that the Suspect masturbating on the web camera is ROBERT WAYNE ADAMS, 3475 State Road 580, Safety Harbor, Florida.

25. On July 16, 2009 at 2:29PM, the Suspect initiated an instant message via *Yahoo!* During the instant messaging, the U/C utilized Department of Homeland Security, Special Agent Alex

Hagedorn to conduct a "ruse" at the Suspect's residence, 3475 State Road 580, Safety Harbor, Florida. At 3:10PM, the Suspect and the U/C stopped communicating, as the Suspect indicated his brother was at the residence. At approximately 3:17PM, Agent Hagedorn, in an undercover capacity, went to the front door of the residence and spoke to the Suspect, ROBERT WAYNE ADAMS. At 3:19PM, the Suspect re-initiated contact with the U/C via *Yahoo!* instant messaging. This instant message was digitally preserved for evidence purposes.

26. On July 17, 2009, I obtained two State of Florida arrest warrants for ROBERT WAYNE ADAMS, charging him with lewd computer solicitation of a child, and lewd exhibition of a child under sixteen, both felonies in the State of Florida.

27. On July 21, 2009, I, along with the assistance of Det. Kurt Romanosky, obtained a state search warrant for ADAMS' residence.

28. On July 21, 2009, the search warrant was served by the Pinellas County Sheriff's Office. The defendant, ROBERT WAYNE ADAMS, was at his residence. Det. Romanosky read ADAMS his <u>Miranda</u> warning. Det. Romanosky asked ADAMS if would talk to us. ADAMS stated "I got no choice. I ain't got a lawyer." Det. Romanosky explained to ADAMS his rights, and I explained he did not have to talk to us. He agreed to make a statement regarding the investigation. During the interview, ADAMS admitted communicating with a person he believed to be a fifteen year old female from Port St. Lucie. He further

admitted masturbating on the Internet for a person he believed to be a 15 year old minor. In addition, ADAMS said he and his mother are the only individuals who use the computer, which was located in a bedroom inside the residence. ADAMS further said he has communicated with another person he believes to be a thirteen year old female. This thirteen year old female sent ADAMS nude photographs of herself utilizing *Yahoo!*

29. ADAMS was taken into custody, and is currently at the St. Lucie County Jail.

Further, your affiant sayeth naught.

NEIL W. SPECTOR
DETECTIVE
ST. LUCIE COUNTY SHERIFF'S OFFICE

Sworn and subscribed to before me this _10__ day of August 2009.

FRANK J. LYNCH, Jr.
U.S. MAGISTRATE JUDGE

11